STATE v. QUICK

No. 202A02

Case below: 149 N.C. App. 669

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 June 2002.

STATE v. REES

No. 282P02

Case below: 150 N.C. App. 978

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

STATE v. SMITH

No. 521A01-2

Case below: 150 N.C. App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

STATE v. STOKES

No. 275A02

Case below: 150 N.C. App. 211

Motion by Attorney General for temporary stay allowed 7 June 2002.

STATE v. TRULL

No. 234P02

Case below: 149 N.C. App. 670

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.